IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED NEKOUEE,                  )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:15cv294-MHT
                               )          (WO)
CFRA ALABAMA, LLC, and         )
WILEY P. JOHNSON,              )
                               )
     Defendants.               )
```

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that:

(1) The plaintiff's motion to dismiss with prejudice (doc. no. 34) is granted.

(2) This lawsuit is dismissed in its entirety with prejudice, with costs taxed as paid.

The court assumes that the defendants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 22nd day of October, 2015.**

                                        **/s/ Myron H. Thompson**
                                    **UNITED STATES DISTRICT JUDGE**